FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JAN 2 8 2004

LUTHER D. THOMAS, Clerk
By: _____ Deputy Clerk

ORIGINAL

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: BELL SOUTH ) <br> CORPORATION SECURITIES ) <br> LITIGATION ) <br> ) | CIVIL ACTION NO. <br> 1-02-CV-2142-WBH |

### MOTION TO EXCEED PAGE LIMIT FOR REPLY BRIEF IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE CONSOLIDATED CLASS ACTION COMPLAINT

**COME NOW** Defendants BellSouth Corporation, F. Duane Ackerman, Ronald M. Dykes, Reuben V. Anderson, James H. Blanchard, J. Hyatt Brown, Armando M. Codina, and Robin B. Smith (collectively, "Defendants"), and respectfully request that this Court grant Defendants permission to file a thirty (30) page Reply Brief in Support of Defendants' Motion to Dismiss the Consolidated Class Action Complaint. Plaintiffs do not oppose this request.

Pursuant to the Local Rules, parties are typically entitled to twenty-five (25) page briefs and a fifteen (15) page reply. Pursuant to a Consent Order filed on September 30, 2003 and signed by the Court on October 7, 2003, the page limitation for the primary briefs was doubled to fifty (50) pages, but the pages for the reply brief were not expanded proportionately to thirty (30) pages, but only to twenty (20) pages.

As the parties noted in the September 30, 2003 consent order, the Consolidated Complaint is 140 pages in length and has 328 separate number paragraphs. Defendants respectfully submit that expanding the permitted number of pages for the reply brief to thirty (30) pages is consistent with the overall goal of resolving disputes in an efficient manner. A proposed order is attached hereto as Exhibit A.

Respectfully submitted, this 28th day of January, 2004.

| | |
|---|---|
| ALAN N. SALPETER<br>MICHELE L. ODORIZZI<br><br>MAYER, BROWN, ROWE & MAW<br>190 LaSalle Street<br>Chicago, Illinois 60603<br>(312) 782-0600<br><br>ANDREW J. MORRIS<br>FATIMA A. GOSS<br><br>MAYER, BROWN, ROWE & MAW<br>1909 K Street, N.W.<br>Washington, D.C. 20006<br>(202) 263-3000 | PETER Q. BASSETT<br>Georgia Bar No. 041350<br>JOHN L. LATHAM<br>Georgia Bar No. 438675<br>JOHN H. GOSELIN II<br>Georgia Bar No. 302917<br>WILLIAM R. TERPENING<br>Georgia Bar No. 702266<br><br>ALSTON & BIRD LLP<br>1201 West Peachtree Street<br>Atlanta, Georgia 30309-3424<br>(404) 881-7000<br><br>**ATTORNEYS FOR DEFENDANTS** |





EXHIBIT / ATTACHMENT

A

(To be scanned in place of tab)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE BELLSOUTH             *
CORPORATION SECURITIES      *  No. 1:02-CV-2142-WBH
LITIGATION                  *

### [PROPOSED] ORDER TO EXPAND
### PAGE LIMITATIONS FOR REPLY BRIEF ON MOTION TO DISMISS

For good cause shown, IT IS HEREBY ORDERED that Defendants may file a reply brief that shall not exceed thirty (30) pages.

SO ORDERED this _____ day of _____, 2004.

_____
Willis B. Hunt
United States District Judge

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: BELL SOUTH CORPORATION SECURITIES LITIGATION | ) ) ) ) ) CIVIL ACTION NO. 1-02-CV-2142-WBH |

## CERTIFICATION OF COMPLIANCE WITH LR 5.1(B)

This certifies that the foregoing pleading was prepared using Times New Roman 14 point font in accordance with LR 5.1(B).

Dated this 28th day of January, 2004.

_____
John H. Goselin II

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

|  |  |
|---|---|
| IN RE: BELL SOUTH CORPORATION SECURITIES LITIGATION | ) ) ) ) ) ) ) CIVIL ACTION NO. 1-02-CV-2142-WBH |

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above and foregoing **MOTION TO EXCEED PAGE LIMIT FOR REPLY BRIEF IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE CONSOLIDATED CLASS ACTION COMPLAINT** upon all counsel of record by facsimile and first class, United States Mail, postage prepaid and properly addressed as follows:

| | |
|---|---|
| Martin D. Chitwood<br>David A. Bain<br>CHITWOOD & HARLEY<br>2900 Promenade II<br>1230 Peachtree Street, NE<br>Atlanta, GA 30309 | Sandy A. Liebhard<br>Gregory M. Egleston<br>BERNSTEIN, LIEBHARD<br>& LIFSHITZ, LLP<br>10 East 40th Street<br>New York, NY 10016 |

Dated this 28th day of January, 2004.

_____
John H. Goselin II

ATL01/11587770v1

- 4 -